UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>COURTNEY RICHMOND and ███████,<br><br>Defendants. | CR 24-40005<br><br>REDACTED INDICTMENT<br><br>Conspiracy to Distribute a Controlled Substance<br>(21 U.S.C. §§ 841(a)(1) and 846)<br><br>Forfeiture<br>(18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and 21 U.S.C. § 853) |

The Grand Jury charges:

Beginning on a date unknown and continuing until on or about the date of this indictment, in the District of South Dakota and elsewhere, Defendants, Courtney Richmond and ███████ did knowingly and intentionally combine, conspire, confederate, and agree together, with others known and unknown to the Grand Jury, to knowingly and intentionally distribute 50 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

**FORFEITURE ALLEGATION**

1. The allegations contained in the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and 21 U.S.C. § 853.

2. Upon conviction of the offense in violation of 21 U.S.C. §§ 841(a)(1) and 846, the Defendant, Courtney Richmond, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and 21 U.S.C. § 853, any money, firearms and ammunition involved in the commission of the offense, including, but not limited to:

1. Glock 26 9 mm handgun bearing serial number BUDA988;
2. 9 mm ammunition;
3. Taurus TCP PT 738 .380 ACP handgun bearing serial number 79629C; and
4. .380 ammunition.

all pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and 21 U.S.C. § 853.

A TRUE BILL:

**Name Redacted**

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By: *Connie Larson*