UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COURTNEY RICHMOND,<br><br>Defendant. | 4:24-CR-40005-KES<br><br>ORDER DENYING MOTION FOR DISCOVERY AND SUBPOENAS |

Defendant, Courtney Richmond, moves pro se for discovery and subpoenas. Docket 60. The government opposes Richmond's motion. Docket 61. The court notes that Richmond is represented by counsel and is not proceeding pro se in this matter. Generally, "a district court has no obligation to entertain pro se motions filed by a represented party." *United States v. Pate*, 754 F.3d 550, 553 (8th Cir. 2014) (quoting *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001)). Thus, the court will only accept motions filed by counsel. It is

ORDERED that defendant's pro se motion (Docket 60) is denied without prejudice.

Dated July 5, 2024.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE